IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GARY OCTWONE HARRISON,

    Plaintiff,

v.                                              Civil Action No. **3:16CV735**

DOCTOR FENANDEZ, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 27, 2016, the Court conditionally docketed Plaintiff's action. On October 3, 2016, the United States Postal Service returned the September 27, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                               /s/
                                                      John A. Gibney, Jr.
                                                      United States District Judge

Date: 10/20/16
Richmond, Virginia